**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY, *et al.*, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO. 25-2927 |
| LIMBACH COMPANY, LLC, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 30th day of March, 2026, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 10) and Motion for Leave to File Their Adjusted Invoice Out of Time (ECF No. 14), it is **ORDERED** as follows:

1.  Plaintiffs' Motion for Leave to File Their Adjusted Invoice Out of Time (ECF No. 14) is **GRANTED.**

2.  Plaintiffs' Adjusted Declaration and Invoice (ECF No. 14-1) are **DEEMED FILED**.

3.  Plaintiffs' Motion for Default Judgment (ECF No. 10) is **GRANTED.**

4.  Judgment is entered in favor of the Plaintiffs and against Defendant Limbach Company, LLC, in the sum of $242,421.26, which consists of:

    a.  Unpaid withdrawal liability in the amount of $ 166,525.69.

    b.  Interest in the amount of $ 10,274.97.

    c.  Liquidated damages in the amount of $ 33,305.14; and

    d.  Attorneys' fees in the amount of $ 31,673; and

    e.  Costs in the amount of $ 642.46.

BY THE COURT:

_____

Hon. Mia R. Perez